# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY BARR,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, a business entity, exact form unknown,<br><br>　　　　　　　　　　Defendant. | Case No.: 19cv1887-MMA-MDD<br><br>**FIFTH AMENDED SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS**<br>**[ECF No. 24]** |

On February 2, 2021, the parties filed a joint request to amend the scheduling order. (ECF No. 24). The Court finds good cause to **GRANT IN PART** the joint motion. This is the fifth continuance granted by the Court. No further continuances will be granted absent extraordinary circumstances.

**IT IS HEREBY ORDERED**:

　　1.　The discovery completion deadline is extended to **February 24, 2021** for the sole purpose of obtaining the six third party depositions. The parties request to extend the discovery deadline for other purposes is **DENIED**.

　　2.　All dispositive pretrial motions, including motions for summary judgment and motions addressing *Daubert* issues, must be filed by **March**

**22, 2021**.[1]  Counsel for the moving party must obtain a motion hearing date from Judge Anello's law clerk.  The period of time between the date you request a motion date and the hearing date may vary from one district judge to another.  Please plan accordingly.  Failure to make a timely request for a motion date may result in the motion not being heard.

    3.    If appropriate, following the filing of an order ruling on a motion for summary judgment or other dispositive pretrial motion, or in the event no such motion is filed, after the expiration of the deadline set forth in paragraph 8, supra, Judge Anello will issue a pretrial scheduling order setting a pretrial conference, trial date, and all related pretrial deadlines. The parties must review and be familiar with Judge Anello's Civil Chambers Rules, which provide additional information regarding pretrial scheduling.

    4.    The Mandatory Settlement Conference set for **February 9, 2021** is **VACATED**.  A Mandatory Settlement Conference will be rescheduled upon joint request of the parties.

    5.    A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

    6.    The dates and times set forth herein will not be modified except for good cause shown.

    7.    Briefs or memoranda in support of or in opposition to any pending motion must not exceed twenty-five (25) pages in length without leave of a district court judge.  No reply memorandum will exceed ten (10) pages without leave of a district court judge.  Briefs and memoranda exceeding ten (10) pages in length must have a table of contents and a table of authorities

---

[1] This deadline is not applicable to pretrial motions *in limine*.  For further information regarding motions *in limine*, please refer to Judge Anello's Civil Chambers Rules.

cited.

8. Plaintiff's counsel must serve a copy of this order on all parties that enter this case hereafter.

9. No further extensions will be granted absent exceptional good cause.

**IT IS SO ORDERED.**

Dated: February 3, 2021

Hon. Mitchell D. Dembin
United States Magistrate Judge