# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY BARR,<br><br>                              Plaintiff,<br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, et al.,<br><br>                              Defendants. | Case No.: 19-cv-1887-MMA (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SUMMARY JUDGMENT BRIEFING**<br><br>[Doc. No. 30] |

Pending before the Court is Defendant Laboratory Corporation of America Holdings's ("Defendant") motion for summary judgment. *See* Doc. No. 26. On April 1, 2021, the parties filed a joint motion to continue the briefing on Defendant's summary judgment motion. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion. Plaintiff must file her opposition on or before **May 10, 2021**. Defendant must then file its reply, if any, on or before **June 2, 2021**. The Court further **VACATES** the currently scheduled April 26, 2021 hearing on Defendant's summary judgment motion. Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1.d.1 and issue a written ruling in due course.

**IT IS SO ORDERED.**

Dated: April 1, 2021

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge